ACCEPTED
03-14-00470-CV
3723541
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/11/2015 12:00:08 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00470-CV

## Tr Ct No. C-1-CV-13-008449

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/12/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS

**Jose G. Chavez,** *appellant*

**v.**

**Juan Francisco Martinez,** *appellee*

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

TO THE THIRD COURT OF APPEALS:

Appellee, Juan Francisco Martinez, files this motion for extension of time to file Appellee's Brief under Rules 10.1, 10.5(b), and 38.6(d) of the Texas Rule of Appellate Procedure, and requests the Court to extend the deadline for filing the appellants' brief from January 5, 2015 until January 12, 2015. In support of this motion appellee shows:

### I.

This is an appeal from the grant of a motion for summary judgment on a suit to collect on a note. Appellant's Brief was filed on December 5, 2014.

1

II.

This is appellee's first request for an extension of time to file Appellee's Brief.

III.

The undersigned Timothy Hootman, who is primarily responsible for preparing Appellee's Brief, underestimated the time necessary to complete the brief, and therefore requests the additional 7 days.  The Appellee's Brief has been filed contemporaneously with this motion.

WHEREFORE, appellee, Juan Francisco Martinez, prays that this motion be granted and that the Court extend the time to file Appellee's Brief from to January 5, 2015, until January 12, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman, SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
E-mail: thootman2000@yahoo.com

/s/Bill Malone, Jr.
Bill Malone, Jr., SBN 12877500
8650 Spicewood Springs, No 145-598
Austin, TX 78759
512.346.9600

ATTORNEYS FOR APPELLEE

2

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

> Jose G. Chavez, pro se
> 11520 Sweet Basil CT
> Austin, TX 78726

Dated: January 11, 2015.

/s/Timothy A. Hootman
Timothy A. Hootman


## CERTIFICATE OF CONFERENCE

The undersigned has attempted to communicate with appellant, Jose G. Chavez, who is acting pro se, by sending him an email to the email address listed on his pleadings. In the email the undersigned asked whether appellant is opposed to this motion. The undersigned has not yet received a response.

/s/ Timothy A. Hootman
TIMOTHY A. HOOTMAN